UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                ORDER
v.                                              05-CR-357A

VICTOR P. MARINACCIO,

                Defendant.

---

      The Court having been advised that Victor P. Marinaccio has been ordered to voluntarily surrender to FCI Elkton FSL-Cadre on November 30, 2006 before 2:00 p.m., and the Court having had numerous issues as to Mr. Marinaccio previously being raised by his counsel, it is hereby

      ORDERED, that the surrender date of November 30, 2006 for defendant Victor P. Marinaccio is hereby stayed for two weeks until Thursday, December 14, 2006.

      IT IS SO ORDERED.

                                            /s/ *Richard J. Arcara*
                                         HONORABLE RICHARD J. ARCARA
                                         CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

DATED: November 29, 2006